**SEALED**

**FILED**

FEB 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 2 11 mj 43 GGH
                                 )
         Plaintiff,              )   **SEALING ORDER**
                                 )   (Under Seal)
    v.                           )
                                 )
JESUS RUIZ                       )
                                 )
         Defendant.              )
                                 )
_____)

The Court hereby orders the entire action, including the Complaint, Affidavit, Arrest Warrant, and this Order, in the above-referenced matter, shall be sealed until further order of the court.

DATED: February 10, 2011

GREGORY G. HOLLOWS
United States Magistrate Judge