1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

FEB 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | 2:11-MJ-043 GGH |
| ) v. ) | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| ) JESUS RUIZ, ) | |
| ) Defendant. ) | |

On February 10, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: February 16, 2011              BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Todd D. Leras
                                         TODD D. LERAS
                                         Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: February 16, 2011

                                      _____
                                      HON. KENDALL J. NEWMAN
                                      U.S. Magistrate Judge

1