**FILED**

March 17, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )        Case No. 2:11-MJ-00043-GGH
                Plaintiff,       )
                                )
v.                              )        ORDER FOR RELEASE OF
                                )        PERSON IN CUSTODY
JESUS RUIZ,                     )
                                )
                Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JESUS RUIZ, Case No. 2:11-MJ-00043-GGH,

Charge Title 18 USC § 922(a)(1),(g)(1); 26 USC § 5861, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)        With pretrial supervision and conditions of release as

 stated on the record in open court. Dft shall be released by the Marshal's Office on March 18, 2011,

at 9:00 AM to the custody of Pretrial Services.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 17, 2011  at ___9:50___ am .

By _____

Dale A. Drozd
United States Magistrate Judge