1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

**FILED**

JUL - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK



8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )
                                   )   Mag. 11-043 GGH
12            Plaintiff,           )
                                   )   STIPULATION AND [PROPOSED]
13       v.                        )   ORDER CONTINUING PRELIMINARY
                                   )   HEARING
14                                 )
    JESUS RUIZ,                    )
15                                 )
              Defendant.           )
16  _____)

19       IT IS HEREBY STIPULATED between Plaintiff United States of
20  America, by and through Assistant United States Attorney Todd D.
21  Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel
22  for Defendant Jesus Ruiz, that the preliminary hearing scheduled
23  for July 15, 2011, be continued to September 16, 2011, at 2:00
24  p.m., before the Duty Magistrate.
25       The government has proposed pre-indictment resolution of
26  this matter.  In light of the settlement discussions and the need
27  to produce and review investigative reports, both parties are
28  requesting additional time for attorney preparation.

                                  1

1  The government and defendant agree that the combination of
2  settlement discussions and production/review of investigation
3  reports constitute good cause to extend the time for preliminary
4  hearing under Federal Rule of Criminal Procedure 5.1(d), as well
5  as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).
6  This exclusion of time includes the period up to and including
7  September 16, 2011.
8      Jeffrey Staniels agrees to this request and has authorized
9  Assistant United States Attorney Todd D. Leras to sign this
10 stipulation on his behalf.
11
12 DATED: July 8, 2011            By: /s/ Todd D. Leras
                                     TODD D. LERAS
13                                   Assistant U.S. Attorney
14
15 DATED: July 8, 2011            By: /s/ Jeffrey Staniels
                                     JEFFREY STANIELS
16                                   Attorney for Defendant
                                     JESUS RUIZ RUIZ
17
18
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for July 15, 2011, is continued to September 16, 2011, at 2:00 p.m., before the Duty Magistrate.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including September 16, 2011. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: July 8, 2011

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE