1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )  Mag. 11-0043 GGH
12         Plaintiff,             )
                                 )  STIPULATION AND [PROPOSED]
13                               )  ORDER CONTINUING PRELIMINARY
        v.                        )  HEARING
14                               )
   JESUS RUIZ,                   )
15                               )
           Defendant.             )
16 _____)

17      IT IS HEREBY STIPULATED between Plaintiff United States of

18 America, by and through Assistant United States Attorney Todd D.

19 Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel

20 for Defendant Jesus Ruiz, that the preliminary hearing scheduled

21 for September 16, 2011, be continued to October 28, 2011, at 2:00

22 p.m.

23      Both parties contemplate a pre-indictment resolution of this

24 matter.  Counsel for the parties have been exchanging information

25 in an effort to reach an appropriate disposition of the case.  In

26 light of these efforts and the need for additional investigation,

27 both parties are requesting additional time for attorney

28 preparation.

                              1

1     The government and defendant agree that the combination of
2 settlement discussions and continuing investigation constitute
3 good cause to extend the time for preliminary hearing under
4 Federal Rule of Criminal Procedure 5.1(d), as well as under the
5 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion
6 of time includes the period up to and including October 28, 2011.
7     Jeffrey Staniels agrees to this request and has authorized
8 Assistant United States Attorney Todd D. Leras to sign this
9 stipulation on his behalf.

10

11 DATED: September 15, 2011    By: /s/ Todd D. Leras
                                            TODD D. LERAS
12                                             Assistant U.S. Attorney

13

14 DATED: September 15, 2011    By: /s/ Todd D. Leras
                                            JEFFREY STANIELS
15                                             Attorney for Defendant
                                            JESUS RUIZ

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | **IT IS HEREBY ORDERED:**
2 |     1.   The preliminary hearing set for September 16, 2011 is
3 | continued to October 28, 2011, at 2:00 p.m.
4 |     2.   Based on the stipulations and representations of the
5 | parties, the Court finds good cause to extend the time for the
6 | preliminary hearing, and time is excluded up to and including
7 | September 16, 2011. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
8 | T4 (reasonable time to prepare)).
9 |     IT IS SO ORDERED.
10 | Date: September 19, 2011

                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE