

FILED

JAN 2 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  Mag. 11-043 GGH
12            Plaintiff,             )
                                     )  STIPULATION AND [PROPOSED]
13                                   )  ORDER CONTINUING PRELIMINARY
        v.                           )  HEARING
14                                   )
    JESUS RUIZ,                      )
15                                   )
            Defendant.               )
16  _____)

17

18

19       IT IS HEREBY STIPULATED between Plaintiff United States of

20  America, by and through Assistant United States Attorney Todd D.

21  Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel

22  for Defendant Jesus Ruiz, that the preliminary hearing scheduled

23  for January 26, 2012, be continued to February 23, 2012, at 2:00

24  p.m.

25       The parties are finalizing a proposed pre-indictment

26  resolution of this matter.  In light of the settlement

27  discussions and continuing investigation, both parties are

28  requesting additional time for attorney preparation.

                              1

1    The government and defendant agree that the combination of
2  settlement discussions and continuing investigation constitute
3  good cause to extend the time for preliminary hearing under
4  Federal Rule of Criminal Procedure 5.1(d), as well as under the
5  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion
6  of time includes the period up to and including February 23,
7  2012.

8    Jeffrey Staniels agrees to this request and has authorized
9  Assistant United States Attorney Todd D. Leras to sign this
10  stipulation on his behalf.

11

12  DATED: January 26, 2012          By: /s/ Todd D. Leras
                                         TODD D. LERAS
13                                       Assistant U.S. Attorney

14

15  DATED: January 26, 2012          By: /s/ Todd D. Leras for
                                         JEFFREY STANIELS
16                                       Attorney for Defendant
                                         MIGUEL RONQUI RUIZ

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3 **IT IS HEREBY ORDERED:**

4        1.    The preliminary hearing set for January 26, 2012, is

5 continued to February 23, 2012, at 2:00 p.m., before Magistrate

6 Judge Kendall J. Newman.

7        2.    Based on the stipulations and representations of the

8 parties, the Court finds good cause to extend the time for the

9 preliminary hearing, and time is excluded up to and including

10 February 23, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

11 T4 (reasonable time to prepare)).

12        IT IS SO ORDERED.

13

14

15 Date: January **26**, 2012          _Dale A. Dgr_
                                      HONORABLE DALE A. DROZD
16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28