```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Mag. 11-043 GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING PRELIMINARY |
| v. | ) | HEARING |
| | ) | |
| JESUS RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

 IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel for Defendant Jesus Ruiz, that the preliminary hearing scheduled for February 23, 2012, be continued to March 15, 2012, at 2:00 p.m.

 The government has presented the defense with a proposed Plea Agreement. Defense counsel needs time to review and discuss the proposed pre-indictment resolution with Mr. Ruiz. In addition, defense counsel is engaged in continuing investigation which may impact the terms of the final plea agreement. Both

1 parties are therefore requesting additional time for attorney
2 preparation.
3     The government and defendant agree that the combination of
4 the proposed resolution and continuing investigation constitute
5 good cause to extend the time for preliminary hearing under
6 Federal Rule of Criminal Procedure 5.1(d), as well as under the
7 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion
8 of time includes the period up to and including March 15, 2012.
9     Jeffrey Staniels agrees to this request and has authorized
10 Assistant United States Attorney Todd D. Leras to sign this
11 stipulation on his behalf.

13 DATED: February 22, 2012    By: /s/ Todd D. Leras
    TODD D. LERAS
14     Assistant U.S. Attorney

16 DATED: February 22, 2012    By: /s/ Todd D. Leras for
    JEFFREY STANIELS
17     Attorney for Defendant
    JESUS RUIZ

2

**IT IS HEREBY ORDERED:**

    1.   The preliminary hearing set for February 23, 2012, is continued to March 15, 2012, at 2:00 p.m.

    2.   Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including March 15, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

    IT IS SO ORDERED.

Date: February 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE