```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>             Plaintiff,   )<br>       )<br>     v.     )<br>       )<br>JESUS RUIZ,     )<br>       )<br>             Defendant.   )<br>       )<br>_____ ) | No. 2:11-MJ-043 GGH<br><br>STIPULATION AND ORDER CONTINUING<br>PRELIMINARY HEARING<br><br>Date:  March 15, 2012<br>Time:  2:00 P.M.<br>Judge: Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 15, 2012, calendar, and that it be continued until April 12, 2012, at 2:00 p.m. for preliminary hearing before the duty Magistrate-Judge.

Both parties continue to contemplate a pre-indictment resolution of this matter. Counsel for the parties have been exchanging information in an effort to reach an appropriate disposition of the case. In light of these efforts and the need for additional investigation and consultation, both parties are requesting additional time for attorney preparation.

////

1       **IT IS FURTHER STIPULATED** that the combination of settlement
2  discussions and need for continuing investigation constitute good cause
3  to extend the time for preliminary hearing under Federal Rule of
4  Criminal Procedure 5.1(d), and also supports a finding pursuant to the
5  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of
6  justice served by permitting this continuance outweigh the interests of
7  the public and the defendant in a speedy trial. This exclusion of time
8  includes the period up to and including April 12, 2012.

9       Assistant United States Attorney Todd D. Leras agrees to this
10 request and has authorized Jeffrey Staniels to sign this stipulation on
11 his behalf.

12 Dated: March 14, 2012          /s/ *Todd Leras*
                                  TODD D. LERAS
13                                Assistant United States Attorney
                                  Counsel for Plaintiff
14

15
   Dated: March 14, 2012          /s/ *Jeffrey L. Staniels*
16                                JEFFREY L. STANIELS
                                  Assistant Federal Defender
17                                Counsel for Defendant
                                  JESUS RUIZ
18

19
                             **O R D E R**
20

21      **IT IS SO ORDERED.**

22 Dated: March 14, 2012
                                  EDMUND F. BRENNAN
23                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stipulation & Order
Continuing Case                         2