BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 11-043 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. ) | |
| JESUS RUIZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel for Defendant Jesus Ruiz, that the preliminary hearing scheduled for May 11, 2012, be continued to May 22, 2012, at 2:00 p.m.

The government has proposed pre-indictment resolution of this matter.  Defense counsel needs additional time to review the settlement proposal with defendant.  Both parties are therefore requesting additional time for attorney preparation.

The government and defendant agree that defense review of

1

the proposed settlement constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including May 22, 2012.

    Jeffrey Staniels agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: May 10, 2012        By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: May 10, 2012        By: /s/ Todd D. Leras for
                                  JEFFREY STANIELS
                                  Attorney for Defendant
                                  MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for May 11, 2012, is continued to May 22, 2012, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including May 22, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: May 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE