DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-MJ-043 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING |
| | ) | |
| JESUS RUIZ, | ) | Date:  May 22, 2012 |
| | ) | Time:  2:00 P.M. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's May 22, 2012, calendar, and that it be continued until June 6, 2012, at 2:00 p.m. for preliminary hearing before the duty Magistrate-Judge.

Both parties continue to contemplate a pre-indictment resolution of this matter. Counsel for the parties have been exchanging information in an effort to reach an appropriate disposition of the case. In light of these efforts and the need for additional consultation concerning resolution, both parties are requesting additional time for attorney preparation.

1 **IT IS FURTHER STIPULATED** that the combination of settlement discussions and need for continuing consultation and other preparation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and also supports a finding pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of justice served by permitting this continuance outweigh the interests of the public and the defendant in a speedy trial. This exclusion of time includes the period up to and including June 6, 2012.

Assistant United States Attorney Todd D. Leras agrees to this request and has authorized Jeffrey Staniels to sign this stipulation on his behalf.

Dated: May 21, 2012        /s/ *Todd Leras*
                            TODD D. LERAS
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: May 21, 2012        /s/ *Jeffrey L. Staniels*
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            JESUS RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 22, 2012        EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Continuing Case                            2